**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000470
16-JAN-2026
08:01 AM
Dkt. 39 OGMD**

NO. CAAP-25-0000470

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

MICHELLE ACOSTA-CANNON; ALAN MCCABE; ISAIAH B. KAISA; and
MATTHEW WILLIAMS, Plaintiffs-Appellants,
v.
STATE OF HAWAIʻI DEPARTMENT OF PUBLIC SAFETY, Defendant-Appellee,
And
DOE DEFENDANTS 1-20, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CASE NO. 1CCV-22-0000874)

ORDER GRANTING MOTION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of Plaintiffs-Appellants Michelle Acosta-Cannon, Alan McCabe, Isaiah B. Kaisa, and Matthew Williams' November 18, 2025 Motion to Dismiss Appeal, the papers in support, the record, and there being no opposition,

IT IS HEREBY ORDERED that the motion is granted and the appeal is dismissed, under Hawaiʻi Rules of Appellate Procedure Rule 42(b). The parties shall bear their own fees and costs on appeal.

IT IS FURTHER ORDERED that all other pending motions are dismissed.

DATED:  Honolulu, Hawai'i, January 16, 2026.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge